# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES FORDJOUR, | CASE NO. 1:07-cv-01114-LJO-SMS PC |
| Plaintiff, | ORDER DISMISSING ACTION |
| v. | (Doc. 1) |
| CDCR WARDENS, et al., | ORDER DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF A CIVIL RIGHTS COMPLAINT FORM |
| Defendants. | |

Charles Fordjour is a state prisoner proceeding pro se in this action. On July 26, 2007, Fordjour filed a self-titled "Criminal Complaint" pursuant to 18 U.S.C. § 241 and 18 U.S.C. § 242 against prison officials. (Doc. 1.) Fordjour may not file a criminal complaint against defendants, 28 U.S.C. § 547; Ivey v. National Treasury Employees Union, No. 05-1147 (EGS), 2007 WL 915229, *5 (D.D.C. Mar. 27, 2007), and Fordjour does not have a private right of action to sue defendants civilly for violating sections 241 and 242, which are criminal code sections, Allen v. Gold Country Casino, 464 F.3d 1044, 1048 (9th Cir. 2006) (citing Aldabe v. Aldabe, 616 F.2d 1089, 1092 (9th Cir. 1980)). This action must be dismissed.

The Court will provide Fordjour with a civil rights complaint form. If Fordjour wishes to file a civil suit against prison officials for conditions of confinement which allegedly violate his federal or constitutional rights, he may seek redress under 42 U.S.C. § 1983 by completing and submitting a civil rights complaint form. However, Fordjour may not proceed on the instant criminal complaint for violation of sections 241 and 242.

///

1

1     Based on the foregoing, this action is DISMISSED, and the Clerk's Office shall send plaintiff
2 a civil rights complaint form.

4 IT IS SO ORDERED.

5 **Dated:   August 3, 2007**              /s/ Lawrence J. O'Neill
                                                               UNITED STATES DISTRICT JUDGE