# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES FORDJOUR, | CASE NO. 1:07-cv-01114-LJO-SMS PC |
| Plaintiff, | ORDER DENYING MOTION |
| v. | (Doc. 6) |
| CDCR WARDENS, et al., | |
| Defendants. | |

On August 10, 2007, plaintiff Charles Fordjour filed a motion seeking immediate transfer to federal custody due to the threat of imminent danger. This action was dismissed on August 6, 2007. Plaintiff's motion for relief is THEREFORE DENIED.

IT IS SO ORDERED.

**Dated:   August 14, 2007**           /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE

1